# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**EARNESTINE FIELDS**   **PLAINTIFFS**

**VS**   **CAUSE NO.: 4:10CV095-A-S**

**BELK DEPARTMENT STORES, LP**   **DEFENDANT**

## ORDER

This matter is before the court on motion of defendant (#6) to stay the discovery served prior to filing the notice of removal. The court finds the discovery served on June 23, 2010 should be stricken.

Pursuant to the discovery framework provided by the Federal Rule 26(d)(1) and Local Rule 26(a)(4), parties may not seek discovery from any source until after the Rule 26(f) attorney conference; the initial disclosure requirements have been met; and the case management conference has been held.

**IT IS, THEREFORE, ORDERED** that the interrogatories, requests for production of documents and requests for admission are stricken and discovery shall proceed pursuant to the Rule 16 Initial Order issued from this court.

**SO ORDERED**, this the 10th day of August, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE